# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS GODNIG,** : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 3:15-2292** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **STROUD AREA REGIONAL POLICE DEPARTMENT,** *et al.* : | |
| Defendant | |

## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED that:**

**(1)** The Partial Motion to Dismiss, (Doc. 3), filed by defendants Christopher Kelly, Keith Strunk, the Stroud Area Regional Police Department, and the Borough of East Stroudsburg ("defendants") is **GRANTED IN PART** and **DENIED IN PART**;

**(2)** the defendants' motion to dismiss Count I of the Complaint is **DENIED**;

**(3)** the defendants' motion to dismiss Count III and Count IV of the Complaint is **GRANTED**; and

**(4)** defendants Stroud Area Regional Police Department and the Borough of East Stroudsburg are **DISMISSED from the case**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 23, 2016**