IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS GODNIG,** | : | |
| Plaintiff | : | No. 3:15-cv-02292 |
| | : | |
| v. | : | Judge Mannion |
| | : | |
| **STROUD AREA REGIONAL** | : | |
| **POLICE DEPARTMENT, et al.,** | : | Electronically Filed |
| Defendants | : | |

## MOTION FOR ENLARGMENT OF CASE MANAGEMENT DEADLINES

Pursuant to Fed. R. Civ. P. 6(b), defendants Thomas Sedor and Aaron Laurito (collectively "the Commonwealth Defendants") move the Court for an enlargement of the case management deadlines, and in support thereof state the following:

1. The discovery deadline is April 30, 2017.

2. The parties have conducted extensive paper discovery, and have deposed the Plaintiff. The depositions of two Defendants are scheduled for Friday, April 28, 2017.

3. Due to scheduling issues on the part of all counsel, and the substitution of new counsel on behalf of the Commonwealth Defendants, the parties have been unable to set a deposition date for the remaining two Defendants within the current discovery deadline.

4. The depositions of the remaining two Defendants has been scheduled for May 31, 2017.

5. In order to allow time to allow for these depositions, the Commonwealth defendants respectfully request that the Court enlarge the discovery deadline until May 31, 2017, and adjust all other case management deadlines accordingly.

6. All parties concur and join in this request.

7. Granting this motion will not unreasonably delay this matter, and counsel for plaintiff and co-defendants concur in this motion.

WHEREFORE, the Court should grant this motion and extend the discovery deadline to May 31, 2017, and extend all other case management deadlines accordingly.

          **Respectfully submitted,**

          **JOSH SHAPIRO**
          **Attorney General**

**By:**   *s/ Jessica S. Davis*
          **JESSICA S. DAVIS**

**Office of Attorney General**     **Senior Deputy Attorney General**
**15th Floor, Strawberry Square**   **Attorney ID 94560**
**Harrisburg, PA 17120**
**Phone: (717) 787-7157**         **KENNETH L. JOEL**
**Fax:    (717) 783-6270**         **Chief Deputy Attorney General**
**jdavis@attorneygeneral.gov**     **Chief, Civil Litigation Section**

          *Counsel for Defendants, Laurito,*
**Date:  April 26, 2017**         *Sedor, Commonwealth of*
          *Pennsylvania and Attorney General*
          *of the Commonwealth of*
          *Pennsylvania*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS GODNIG, | : | |
| Plaintiff | : | No. 3:15-cv-02292 |
| | : | |
| v. | : | Judge Mannion |
| | : | |
| STROUD AREA REGIONAL | : | |
| POLICE DEPARTMENT, et al., | : | Electronically Filed |
| Defendants | : | |

## CERTIFICATE OF CONCURRENCE

I, Jessica S. Davis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that all counsel concur in this Motion.

                                               *s/Jessica S. Davis*
                                               **JESSICA S. DAVIS**
                                               **Senior Deputy Attorney General**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS GODNIG,** : | |
| Plaintiff : | No. 3:15-cv-02292 |
| : | |
| v. : | Judge Mannion |
| : | |
| **STROUD AREA REGIONAL** : | |
| **POLICE DEPARTMENT, et al.,** : | Electronically Filed |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, Jessica S. Davis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on April 26, 2017, I caused to be served a true and correct copy of the foregoing document titled Motion for Enlargement of the Case Management Deadlines to the following:

Joshua B. Goldberg, Esq.
Anders, Riegel & Massington, LLC
115 E. Broad Street
Bethlehem, PA  18018
jgoldberg@armlawyers.com
*(Attorney for Plaintiff)*

Paul Gregory Lees, Esq.
Marshall, Dennehey, Warner,
  Coleman & Goggin
4905 West Tilghman Street
Suite 300
Allentown, PA  18104
pglees@mdwcg.com


      *s/Jessica S. Davis*
      **JESSICA S. DAVIS**
      **Senior Deputy Attorney General**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS GODNIG, | : | |
| Plaintiff | : | No. 3:15-cv-02292 |
| | : | |
| v. | : | Judge Mannion |
| | : | |
| STROUD AREA REGIONAL | : | |
| POLICE DEPARTMENT, et al., | : | Electronically Filed |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion for Enlargement of the Case Management Deadlines, it is hereby ordered that the motion is GRANTED. The discovery deadline is May 31, 2017, and all other case management deadlines shall be adjusted accordingly.

By the Court:

_____
**Malachy E. Mannion**
**United States District Judge**