IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS GODNIG,<br>　　　　Plaintiff<br><br>　　　v.<br><br>STROUD AREA REGIONAL<br>POLICE DEPARTMENT, et al.,<br>　　　　Defendants | :<br>: No. 3:15-cv-02292<br>:<br>: Judge Mannion<br>:<br>:<br>: Electronically Filed<br>: |

## ORDER

AND NOW, this _3rd_ day of _May_, 2017, upon consideration of the Motion for Enlargement of the Case Management Deadlines, it is hereby ordered that the motion is GRANTED.

Close of Fact Discovery: June 16, 2017

Plaintiff's Expert Reports: August 18, 2017

Defendants' Expert Reports: October 13, 2017

Supplemental Expert Reports: November 17, 2017

Close of Expert Discovery: January 17, 2018

Dispositive Motions Deadline: August 28, 2017

　　These case management deadlines replace the deadlines set forth in the Court's order of April 28, 2017 (Doc. 22).

By the Court:

_____
Malachy E. Mannion
United States District Judge